(C.A.D. 1238)

ASG Industries, Inc., PPG Industries, Inc., Libbey-Owens-Ford Company, and C E Glass v. The United States (610 F. 2d 785)

U.S. Court of Customs and Patent Appeals, November 29, 1979

*Eugene L. Stewart, Frederick L. Ikenson,* attorneys of record, for appellants. *Barbara Allen Babcock,* Assistant Attorney General, *David M. Cohen,* Director, *Joseph I. Liebman, John J. Mahon, Sidney N. Weiss* for the United States.

[Oral argument on June 5, 1979 by Frederick L. Ikenson for appellants and by Joseph I. Liebman for appellee.]

Before Markey, Chief Judge, Rich, Baldwin, and Miller, Associate Judges, and Penn,* Judge.

Miller, Judge.

This is an appeal from the judgment of the U.S. Customs Court, 82 Cust. Ct. 61, C.D. 4788 (1979), which upheld the decision of the Secretary of the Treasury that float glass manufactured in Great Britain did not benefit from the payment or bestowal of a bounty or grant within the meaning of section 303 of the Tariff Act of 1930, as amended (19 U.S.C. 1303). For the same reasons set forth in the opinion in *ASG Industries, Inc.* v. *United States,* No. 79–15, decided concurrently herewith, the judgment of the Customs Court is *reversed* and the case is *remanded* for further proceedings.

Markey, Chief Judge, and Rich, Judge, dissent.

---

*The Honorable John G. Penn, Judge, U.S. District Court for the District of Columbia, sitting by designation.